

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: JAMES E. WHITE, IV, Individually and as a named Beneficiary of the JANE WHITE TRUST; MARTI WHITE WRIGHT, Individually and as a named Beneficiary of the JANE WHITE TRUST; AND CLINTON WESLEY WHITE, Individually and as a named Beneficiary of the JANE WHITE TRUST, by and Through his Next-Friend, JAMES E. WHITE, IV, | §<br>§<br>§<br>§<br>§ | No. 08-23-00247-CV<br><br>AN ORIGINAL PROCEEDING<br><br>IN MANDAMUS |
| Relators. | | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Rex Emerson of 39th District Court of Presidio County, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 9TH DAY OF OCTOBER, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)